IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-342 |
| | ) |
| JOHN A. EASTMAN, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 30th day of March, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 1, 2005, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, April 13, 2007 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the motions hearing, scheduled for March 30, 2007, is hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Stephen R. Kaufman,
      Assistant United States Attorney

      Linda E.J. Cohn,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation