IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
            v.                )    Criminal No. 05-342
                              )
JOHN A. EASTMAN               )

**ORDER OF COURT**

AND NOW, to-wit, this **22ⁿᵈ** day of July , 2008,

upon consideration of the Defendant's Motion for Early

Termination of Probation, it is hereby ORDERED, ADJUDGED AND

DECREED that said motion be, and the same hereby is, granted.

Mr. Eastman's probation is terminated as of this day.

_____
Gary L. Lancaster
United States District Judge

cc: Eric Lawson,
    US MARSHAL
    ALL COUNSEL.